PETER STROUCH *v.* CDI CORPORATION-
NORTHEAST
(14256)

O'Connell, Landau and Hennessy, Js.

Argued January 19—decision released February 13, 1996

*Michael E. Wolf*, for the appellant (plaintiff).

*Albert Zakarian*, with whom, on the brief, was *Barbara A. Petitjean*, for the appellee (defendant).

PER CURIAM. The judgment is affirmed.